[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————

No. 08-15031

————————

D. C. Docket No. 07-20907-CV-ASG

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 17, 2009
THOMAS K. KAHN
CLERK

SUPER VISION INTERNATIONAL, INC.,

Plaintiff-Appellant,

versus

MEGA INTERNATIONAL COMMERCIAL
BANK CO., LTD.,

Defendant-Appellee.

————————

Appeal from the United States District Court
for the Southern District of Florida

————————

(April 17, 2009)

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's order granting defendant Mega International Commercial Co., Ltd.'s motion to dismiss the plaintiff Super Vision International, Inc.'s second amended complaint with prejudice.

A district court's judgment of dismissal is subject to *de novo* review. *See Sosa v. Chase Manhattan Mortgage Corp.*, 348 F.3d 979, 983 (11th Cir. 2003).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment of dismissal based on the district court's well-reasoned order filed on August 4, 2008.

AFFIRMED.[1]

---

[1] Mega's motion for double costs and attorneys' fees is DENIED.